**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Trio Residential LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **80-0917039** |

**4. Debtor's address**

**Principal place of business**

**10900 NE 4th Street, Suite 2300**
**Bellevue, WA 98004**
Number, Street, City, State & ZIP Code

**King**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) **https://www.thinktrio.com/**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________


26-02068-FPC11 Doc 1 Filed 10/19/26 Entered 10/19/26 13:32:00 Pg 1 of 13

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5311**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **See Attachment** | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |


26-02068-FPC11 Doc 1 Filed 10/19/26 Entered 10/19/26 13:32:00 Pg 3 of 13

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |


26-02068-FPC11 Doc 1 Filed 10/19/26 Entered 10/19/26 13:32:00 Pg 4 of 13

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 19, 2026**
MM / DD / YYYY

*X* **/s/ Darryl Lewis**
Signature of authorized representative of debtor

**Darryl Lewis**
Printed name

Title **Managing Director**

**18. Signature of attorney**

*X* **/s/ Aimee S. Willig**
Signature of attorney for debtor

Date **October 19, 2026**
MM / DD / YYYY

**Aimee S. Willig**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 4630**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone **(206) 292-2110**

Email address **awillig@bskd.com**

**WSBA 22859 WA**
Bar number and State



26-02068-FPC11 Doc 1 Filed 10/19/26 Entered 10/19/26 13:32:00 Pg 5 of 13

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Trio Capital LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Washington** | When | **10/19/26** | Case number, if known | **26-02067** |
| Debtor | **Trio Leasing LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Washington** | When | **10/19/26** | Case number, if known | **26-02066** |



26-02068-FPC11 Doc 1 Filed 10/19/26 Entered 10/19/26 13:32:00 Pg 6 of 13

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 19, 2026**
MM / DD / YYYY

*X* ______________________________
Signature of authorized representative of debtor

**Darryl Lewis**
Printed name

Title **Managing Director**

---

**18. Signature of attorney**

*X* ______________________________
Signature of attorney for debtor

Date **October 19, 2026**
MM / DD / YYYY

**Aimee S. Willig**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 4630**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone **(206) 292-2110** Email address **awillig@bskd.com**

**WSBA 22859 WA**
Bar number and State

## United States Bankruptcy Court
### Eastern District of Washington

In re **Trio Residential LLC**, Debtor(s)

Case No. ______

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 19, 2026**

**Darryl Lewis**/**Managing Director**
Signer/Title

Trio Residential LLC
10900 NE 4th Street, Suite 2300
Bellevue, WA 98004

Aimee S. Willig
Bush Kornfeld LLP
601 Union St., Suite 4630
Seattle, WA 98101-2373

US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438

Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174

US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220

WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave  #1400
Seattle, WA 98121-2300

WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170

WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104

United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174

Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494

Ballard Spahr LLP
PO Box 825470
Philadelphia, PA 19182

CenterPoint Energy
PO Box 4981
Houston, TX 77210

City of Tyler
PO Box 336
Tyler, TX 75710

Darryl Lewis
P.O Box 4205
Bellevue, WA 98009

Electronic Business Machines
802 134th St SW #170
Everett, WA 98204

Equifax
PO Box 71221
Charlotte, NC 28272

Fair Hills Utility
PO Box 9
Spring, TX 77383

Garris Horn
P.O. Box 734565
Dallas, TX 75373

Harris County MUD
PO Box 3150
Houston, TX 77253

Magnolia Property Management
NHR PMC
2626 Glenwood Ave Ste 550
Raleigh, NC 27608

Renters Warehouse
6101 Baker Rd Ste 200
Minnetonka, MN 55345

Shannon Property Management
SG Management
PO Box 13026
Houston, TX 77219

Sphinx Solutions
1011 S 11th St Stuite 4F
Philadelphia, PA 19147

Task Easy
TE Lockbox
PO BOX 209548
Dallas, TX 75320

# United States Bankruptcy Court
## Eastern District of Washington

In re **Trio Residential LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Trio Residential LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Applied Residential Inc.**

☐ None [*Check if applicable*]

**October 19, 2026**
Date

**/s/ Aimee S. Willig**
**Aimee S. Willig**
Signature of Attorney or Litigant
Counsel for **Trio Residential LLC**

**Bush Kornfeld LLP**
**601 Union St., Suite 4630**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**awillig@bskd.com**